JOHN ARMSTRONG, appellant,

*v.*

JOSEPH WILLIAM GRIFFIN et al., respondents.

[Argued November 20th, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *83 N. J. Eq. 599*.

*Mr. Joseph Anderson, Sr.,* for the appellant.

*Mr. Robert Carey,* for the respondents.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS—14.

*For reversal*—None.